

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-12-00744-CR

James Davis **MORRISON**,
Appellant

v.

**THE STATE OF TEXAS**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR7696
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sachiko Nagao, the court reporter responsible for preparing the reporter's record, has filed a notification of late reporter's record, requesting an extension of time to May 19, 2013. We GRANT the extension and ORDER Sachiko Nagao to file the reporter's record on or before May 19, 2013. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court